STONE, Overseer, Etc., Respondent, v. LAUNT, Appellant.

(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)

No opinion.   Order affirmed, with $10 costs and disbursements.

---

MORRISON v. PRESS PUB. CO.

(*Superior Court of New York City, General Term.* December 1, 1890.)

No opinion.   Reargument ordered.

---

WITCHER v. TRIBUNE ASS'N.

(*Superior Court of New York City, General Term.* December 1, 1890.)

No opinion.   Reargument ordered.

---

PAPPENHEIM, Respondent, v. METROPOLITAN EL. RY. Co. *et al.*,
Appellants.

(*Superior Court of New York City, General Term.*   January 5, 1891.)

Appeal from equity term.

Action by Lena Pappenheim against the Metropolitan Elevated Railway Company and another for damages resulting from the operation of defendants' railroad in the street in front of plaintiff's premises, and for an injunction. From a judgment for plaintiff, defendants appeal.   For former report, see 7 N. Y. Supp. 679.

Argued before FREEDMAN and INGRAHAM, JJ.

*Davies, Short & Townsend,* for appellants.  *Sackett & Bennett,* for respondent.

PER CURIAM.   The judgment should be affirmed. with costs.

---

ALTMAYER, Respondent, v. NEW YORK EL. R. Co. *et al.*, Appellants.

(*Superior Court of New York City, General Term.*   March 9, 1891.)

Appeal from equity term.

Action by Mayer Altmayer against the New York Elevated Railroad Company and another.   From a judgment for plaintiff, defendants appeal.

Argued before SEDGWICK, C. J., and TRUAX and DUGRO, JJ.

*Davies & Rapallo,* for appellants.  *Peckham & Tyler,* for respondent

PER CURIAM.   Judgment affirmed, with costs.

---

KAIM *et al.*, Respondents, v. METROPOLITAN EL. RY. Co. *et al.*, Appellants.

(*Superior Court of New York City, General Term.*   March 2, 1891.)

Appeal from equity term.

Action by Abraham Kaim and others against the Metropolitan Elevated Railway Company and another.   From a judgment in plaintiff's favor, defendants appeal.

Argued before TRUAX and DUGRO, JJ.

*Davies & Rapallo,* for appellants.  *Sackett & Bennett,* for respondents.

PER CURIAM.   This appeal presents no new points.   Judgment is affirmed, with costs.